DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

LEROY SHEFFIELD, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1028
_____

June 28, 2024

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser,
Judge.

Howard L. Dimmig, II, Public Defender and Deana K. Marshall, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.